

**ORDERED in the Southern District of Florida on May 12, 2016.**

*[signature]*

A. Jay Cristol, Judge
United States Bankruptcy Court

_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
www.flsb.uscourts.gov

In re:

MARIO PACHECO;

Case No. 16-10798-BKC-AJC

Chapter 7

                Debtor.                /

**AGREED ORDER SUSTAINING TRUSTEE'S OBJECTION TO DEBTORS' CLAIM OF EXEMPTIONS AND MOTION FOR TURNOVER [ECF # 20]**
*(Cancels Hearing Scheduled for May 18, 2016 at 10:30 AM [ECF # 21])*

**THIS MATTER** came before the Court upon the *Trustee's Objection to Debtor's Claim of Exemptions and Motion for Turnover* (the "Objection") [ECF # 20] filed by Jacqueline Calderin, Trustee (the "Trustee") of the bankruptcy estate of Mario Pacheco (the "Debtor"). The Court, having reviewed the Objection and being advised that the parties agree to the relief Ordered herein, and finding that the relief sought in the Objection is in the best interest of the estate and good cause exists for the relief provided herein. Accordingly, the Court does **ORDER**

as follows:

1. The Objection is **SUSTAINED.**

2. The Debtor shall turnover in the form of a money order or a cashier's check made payable to "Jacqueline Calderin, Trustee, for the benefit of the Estate", the total sum of $3,600.00 due on or before June 13, 2016 in purchase of the estate's interest, if any, in the 2011 Nissan Versa (the "Vehicle").

3. As such, the Debtor(s) shall: (i) maintain the vehicle(s) fully insured until such time as the payment under the Settlement are satisfied in full; and (ii) immediately add the Trustee as "loss payee" on the vehicle(s)'s insurance policy and provide proof thereof to the Trustee.

4. In the event that the Debtor defaults under the terms of this Order, the Trustee shall be entitled to a revocation of Debtor's discharge by Motion pursuant to Rule 9024 Fed.R.Bank.P., and Debtor waives the requirement of an adversary proceeding.

5. The Court reserves jurisdiction to enforce the terms of this Order.

# # #

**Submitted by:**
**JACQUELINE CALDERIN**
*Chapter 7 Trustee*
247 SW 8th Street, #880
Miami, Florida 33130
T 786.369.8440
F 786.369.8523
calderintrustee@gmail.com

Copy to: Trustee Calderin, who is directed to serve a conforming copy herein upon all interested parties.